## Case No. 5,725.
### GRAY v. MURPHY.

[Cited in Galpin v. Page, Case No. 5,206. Nowhere reported; opinion not now accessible.]